## Bartholomew et ux., Appellants, *v*. Quakertown Hospital Association et al.

Argued September 9, 1974. *Meyer A. Bushman*, with him *Kahn, Bushman, Rosenberg & Weisberg*, for appellants; *Frederick E. Smith* and *John R. O'Neill, Jr.*, with them *John R. Warner, Smith and Toner, Hartzel, Bush &*

*O'Neill,* and *Marshall, Dennehey & Warner,* for appellees.

Order affirmed.